# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRUD ROSSMAN, | |
| Plaintiff, | Case No. 2:15-cv-02392-RCJ-CWH |
| vs. | **REPORT & RECOMMENDATION** |
| ANTHONY J. MORACO, | |
| Defendant. | |

On June 29, 2016, the court entered an order denying Plaintiff Brud Rossman's application to proceed *in forma pauperis* and dismissing his complaint, with leave to amend. (Order (ECF No. 2).) Plaintiff's deadline to pay the filing fee or file a renewed application for leave to proceed *in forma pauperis* and to file an amended complaint was July 13, 2016. (*Id.* at 3.) Plaintiff has not taken any action in this case since the court's order dated June 29, 2016, and therefore appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that Plaintiff Brud Rossman's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: October 19, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**