UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUD ROSSMAN, | Case No.: 2:15-CV-02392-RCJ-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| ANTHONY J. MORACO, | |
| Defendant. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #4) entered on October 19, 2016, in which the Magistrate Judge recommends the Court dismiss Plaintiff Brud Rossman's case without prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #4).

IT IS HEREBY ORDERED that Plaintiff Brud Rossman's case is DISMISSED WITHOUT PREJUDICE.

ORDER - 1

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 4th day of January, 2017.

_____
ROBERT C. JONES
SENIOR DISTRICT JUDGE

ORDER - 2